# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEITH M. RAML, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08CV419 |
| vs. ) | |
| ) | ORDER |
| CREIGHTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

Upon review of the file,

**IT IS ORDERED** that plaintiff's Motion to Amend Pleadings (Doc. 18) and the signed Amended Complaint (Doc. 19) are stricken from the record due to plaintiff's failure to comply with NECivR 15.1[1]. Plaintiff may re-file the motion and proposed amended pleading, in full compliance with NECivR 15.1, on or before **February 5, 2009.**

**DATED January 29, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] NECivR 15.1 provides, in relevant part:

(a) Form and Content. A party who moves for leave to amend a pleading (including a request to add parties) shall file as an attachment to the motion an unsigned copy of the proposed amended pleading. Except as provided in these rules or by leave of court, the proposed amended pleading must be a complete pleading which, if allowed to be filed, supersedes the pleading amended in all respects; no portion of the prior pleading may be incorporated into the proposed amended pleading by reference. The motion for leave to amend shall set forth specifically the amendments proposed to be made to the original pleading, state whether the motion is unopposed, and identify the amendments in the proposed amended pleading.

\* \* \* \*

(c) Filing of Amended Pleading. The granting of the motion for leave to amend does not constitute filing of the amended pleading. The party to whom the court grants leave to amend must then file the amended pleading, after leave is given.