IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH M. RAML,** | ) | **CASE NO. 8:08CV419** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the clerk's memorandum regarding the Plaintiff's in forma pauperis status (Filing No. 79) and the Plaintiff's pro se notice of appeal (Filing No. 78).

The Plaintiff has not complied with Federal Rule of Appellate Procedure 24. Specifically, the Plaintiff has neither filed a motion for leave to proceed on appeal in forma pauperis nor an accompanying affidavit that meets the specific requirements of Rule 24.

Accordingly,

IT IS ORDERED:

1. The Plaintiff is not granted leave to proceed on appeal in forma pauperis; and

2. This determination is without prejudice to the filing of a motion for leave to proceed on appeal in forma pauperis and an affidavit meeting the requirements of Federal Rule of Appellate Procedure 24.

DATED this 29th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge